UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:
ACOSTA, NAIBY

Case No.   11-37872-BKC-RAM
Chapter 7

Debtor
_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 02/24/14.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

/s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
One SE Third Avenue - Box 158
Miami, FL  33131
(305) 995-9798

Printed: 02/24/14 02:38 PM                           **Trustee's Final Dividend**                           Page: 1

## Case:  11-37872   ACOSTA, NAIBY

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 03/20/12 | 100 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI 48255-0953<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 3,751.01 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 10/06/11 | 200 | Barry E. Mukamal<br>One SE Third Avenue - Box 158<br>Miami, FL 33131<br><2100-00   Trustee Compensation> | 688.94 | 688.94 | 688.94 | 0.00 | 0.00 |
| | 10/06/11 | 200 | Barry E. Mukamal<br>One SE Third Avenue - Box 158<br>Miami, FL 33131<br><2200-00   Trustee Expenses> | 26.51 | 26.51 | 26.51 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$715.45** | **$715.45** | **$715.45** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch.  7 Claims:** | **$715.45** | **$715.45** | **$715.45** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 03/20/12 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 8,940.61 | 8,940.61 | 636.68 | 8,303.93 | 0.00 |
| 3 | 03/26/12 | 610 | FIA Card Services NA as successor to<br>Bank of America NA (USA) & MBNA America<br>POB 15102<br>Wilmington, DE 19866-5102<br><7100-00   General Unsecured § 726(a)(2)> | 6,012.33 | 6,012.33 | 428.15 | 5,584.18 | 0.00 |
| 4 | 05/07/12 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 1,452.88 | 1,452.88 | 103.46 | 1,349.42 | 0.00 |
| 5 | 05/28/12 | 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,038.72 | 2,038.72 | 145.18 | 1,893.54 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 02/24/14 02:38 PM | **Trustee's Final Dividend** | Page: 2

Case:  **11-37872    ACOSTA, NAIBY**

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 05/29/12 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 5,713.14 | 5,713.14 | 406.84 | 5,306.30 | 0.00 |
| | | | **Total for Priority 610:    7.12117% Paid** | **$24,157.68** | **$24,157.68** | **$1,720.31** | **$22,437.37** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$24,157.68** | **$24,157.68** | **$1,720.31** | **$22,437.37** | **$0.00** |
| | | | **Total for Case :** | **$28,624.14** | **$24,873.13** | **$2,435.76** | **$22,437.37** | **$0.00** |