# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re: ACOSTA, NAIBY                             §    Case No. 11-37872-BKC-RAM
                                                 §
                                                 §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $85,472.29 *(without deducting any secured claims)* | Assets Exempt: $5,204.72 |
| Total Distribution to Claimants: $1,720.31 | Claims Discharged Without Payment: $36,142.37 |
| Total Expenses of Administration: $1,035.45 | |

3)  Total gross receipts of $      3,626.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      870.24     (see **Exhibit 2** ), yielded net receipts of  $2,755.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $241,673.57 | $3,751.01 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,035.45 | 1,035.45 | 1,035.45 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,602.00 | 24,157.68 | 24,157.68 | 1,720.31 |
| **TOTAL DISBURSEMENTS** | $281,275.57 | $28,944.14 | $25,193.13 | $2,755.76 |

4)  This case was originally filed under Chapter 7 on October 06, 2011. The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2014            By:  /s/Barry E. Mukamal
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 3,626.00 |
| **TOTAL GROSS RECEIPTS** | | $3,626.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NAIBY ACOSTA | Debtor's prorated portion of tax refund, court ordered 05/09/12 | 8500-002 | 870.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $870.24 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 4210-000 | 3,407.57 | 3,751.01 | 0.00 | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 40,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 197,577.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $241,673.57 | $3,751.01 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry E. Mukamal | 2100-000 | N/A | 688.94 | 688.94 | 688.94 |
| Barry E. Mukamal | 2200-000 | N/A | 26.51 | 26.51 | 26.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,035.45 | $1,035.45 | $1,035.45 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Funding LLC | 7100-000 | 10,160.00 | 8,940.61 | 8,940.61 | 636.68 |
| 3 | FIA Card Services NA as successor to | 7100-000 | 6,012.00 | 6,012.33 | 6,012.33 | 428.15 |
| 4 | American Express Centurion Bank | 7100-000 | 1,602.00 | 1,452.88 | 1,452.88 | 103.46 |
| 5 | GE Capital Retail Bank | 7100-000 | 2,038.00 | 2,038.72 | 2,038.72 | 145.18 |
| 6 | Discover Bank | 7100-000 | 6,085.00 | 5,713.14 | 5,713.14 | 406.84 |
| NOTFILED | Macy | 7100-000 | 1,741.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JC Penney | 7100-000 | 1,602.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 1,141.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 2,071.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,150.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,602.00 | $24,157.68 | $24,157.68 | $1,720.31 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-37872-BKC-RAM | **Trustee:** (290830) Barry E. Mukamal |
| **Case Name:** ACOSTA, NAIBY | **Filed (f) or Converted (c):** 10/06/11 (f) |
| | **§341(a) Meeting Date:** 11/17/11 |
| **Period Ending:** 07/15/14 | **Claims Bar Date:** 06/01/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 16220 NW 18 PLACE, OPA LOCKA, FL 33054 Joint with non-filing party. Report of abandonment on file with the court ECF 20 | 71,665.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE A/N 4978 | 4.96 | 0.00 | | 0.00 | FA |
| 4 | CHASE A/N 8488 | 50.90 | 0.00 | | 0.00 | FA |
| 5 | MACNEIL EMPLOYEE CU A/N 764 | 421.43 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 FORD FUSION Notice of Abandonment on file with the court ECF 33 | 6,525.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2001 TOYOTA TACOMA Joint with non-filing party. Notice of Abandonment on file with the court ECF 33 | 5,195.00 | 5,195.00 | OA | 0.00 | FA |
| 11 | TAX REFUND  (u) | 2,755.76 | 2,755.76 | | 3,626.00 | FA |
| 11 | **Assets**    **Totals** (Excluding unknown values) | **$88,228.05** | **$7,950.76** | | **$3,626.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the estate's interest in the tax refund equal to $ 2,755.76, court ordered 05/09/12.

Claims review complete.  No tax return required.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** September 30, 2012 | **Current Projected Date Of Final Report (TFR):** December 30, 2013  (Actual) |

| | |
|---|---|
| July 15, 2014 | /s/ Barry E. Mukamal |
| Date | Barry E. Mukamal |

Exhibit 9

# Form 2
Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-37872-BKC-RAM | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ACOSTA, NAIBY | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******21-65 - Checking Account |
| Taxpayer ID #: | **-***5299 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 07/15/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/12 | {11} | United States Treasury | 2011 tax refund | 1224-000 | 3,626.00 | | 3,626.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,601.00 |
| 05/17/12 | 1001 | NAIBY ACOSTA | Debtor's prorated portion of tax refund, court ordered 05/09/12 | 8500-002 | | 870.24 | 2,730.76 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,705.76 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,680.76 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,655.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,630.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,605.76 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,580.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,555.76 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029083088 20121220 | 9999-000 | | 2,555.76 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3,626.00 | 3,626.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,555.76 | |
| Subtotal | 3,626.00 | 1,070.24 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,626.00 | $1,070.24 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-37872-BKC-RAM |
| Case Name: | ACOSTA, NAIBY |
| | |
| Taxpayer ID #: | **-***5299 |
| Period Ending: | 07/15/14 |

| | |
|---|---|
| Trustee: | Barry E. Mukamal (290830) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******6566 - Checking Account |
| Blanket Bond: | $1,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,555.76 | | 2,555.76 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,545.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,535.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,525.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,515.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,505.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,495.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,485.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,475.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,465.76 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,455.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,445.76 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,435.76 |
| 02/24/14 | 11002 | Midland Funding LLC | Dividend paid  7.12% on $8,940.61; Claim# 1; Filed: $8,940.61; Reference: 0373, court ordered 02/19/14. | 7100-000 | | 636.68 | 1,799.08 |
| 02/24/14 | 11003 | FIA Card Services NA as successor to | Dividend paid  7.12% on $6,012.33; Claim# 3; Filed: $6,012.33; Reference: 3170, court ordered 02/19/14. | 7100-000 | | 428.15 | 1,370.93 |
| 02/24/14 | 11004 | American Express Centurion Bank | Dividend paid  7.12% on $1,452.88; Claim# 4; Filed: $1,452.88; Reference: 1004, court ordered 02/19/14. | 7100-000 | | 103.46 | 1,267.47 |
| 02/24/14 | 11005 | GE Capital Retail Bank | Dividend paid  7.12% on $2,038.72; Claim# 5; Filed: $2,038.72; Reference: 5927, court ordered 02/19/14. | 7100-000 | | 145.18 | 1,122.29 |
| 02/24/14 | 11006 | Discover Bank | Dividend paid  7.12% on $5,713.14; Claim# 6; Filed: $5,713.14; Reference: 6014, court ordered 02/19/14. | 7100-000 | | 406.84 | 715.45 |
| 02/24/14 | 11007 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 715.45 | 0.00 |
| | | | Dividend paid 100.00%          688.94 on $688.94;  Claim# ; Filed: $688.94 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          26.51 on $26.51;  Claim# ; Filed: $26.51 | 2200-000 | | | 0.00 |

| | | | | Subtotals : | $2,555.76 | $2,555.76 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-37872-BKC-RAM | **Trustee:** Barry E. Mukamal (290830) |
| **Case Name:** ACOSTA, NAIBY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***5299 | **Blanket Bond:** $1,000,000.00  (per case limit) |
| **Period Ending:** 07/15/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 2,555.76 | 2,555.76 | $0.00 |
| | | | Less: Bank Transfers | | 2,555.76 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,555.76** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,555.76** | |

| | |
|---|---|
| Net Receipts : | 3,626.00 |
| Less Other Noncompensable Items : | 870.24 |
| Net Estate : | $2,755.76 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******21-65** | 3,626.00 | 1,070.24 | 0.00 |
| **Checking # ******6566** | 0.00 | 2,555.76 | 0.00 |
| | $3,626.00 | $3,626.00 | $0.00 |